IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:93CR3059 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RANDALL D. TOMLINSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the United States' Motion to Destroy or

Otherwise Dispose of Exhibits and the defendant's objection thereto.  Having considered the

matter,

IT IS ORDERED that:

(1)     The defendant's objection (filing 148) is denied;

(2)     The United States' Motion to Destroy or Otherwise Dispose of Exhibits (filing

147) is granted.  The United States is authorized to destroy or otherwise dispose of the exhibits

described in the Motion.

April 3, 2006.                                    BY THE COURT:

                                                s/ RICHARD G. KOPF
                                                United States District Judge